Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>                Plaintiff,<br>        v.<br><br>NORDSTROM, INC. a Washington Corporation; MCGINN USA, INC., a California Corporation; SIENNA ROSE, INC. a California Corporation; and DOES 1 through 10,<br><br>                Defendants. | Case No.: CV13-02728 RSWL(MRWx)<br>*Honorable Ronald S.W. Lew Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

///

///

///

- 1 -

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.

All dates are VACATED and taken off-calendar. This matter is closed.

SO ORDERED.

Dated: August 16, 2013

**RONALD S.W. LEW**
_____
Honorable Ronald S.W. Lew
Senior U.S. District Court Judge